Donald Mitchell, Respondent, v. John L. Murray, Appellant, Impleaded, with the Dunmore Realty Company and Others.— Order modified by striking out all clauses in the order as to the particulars to be furnished, except the 1st, 3d, 4th, 12th and 14th; and as so modified affirmed, without costs. No opinion. Settle order on notice.

Lewis M. Isaacs and Others, Appellants, v. Illinois Surety Company, Respondent.— Order modified by striking out the provision with respect to the right to serve an amended answer, and by simply providing that the proceedings in this action be stayed pending the appeal to this court from the judgment; and as modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice.

Ashbel H. Barney and James W. Barney, as Executors, etc., of Charles T. Barney, Deceased, and Barney Estate Company, Respondents, v. Henry R. Hoyt and Alfred W. Hoyt, Individually and as Executors, etc., of Alfred M. Hoyt, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George A. Treadwell, Appellant, v. United Verde Copper Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, upon the ground that in the opinion of the court this is not a proper case for an allowance.

The People of the State of New York, Respondent, v. William H. Houghton, Appellant.— Upon the stipulation of the district attorney, judgment reversed and new trial ordered.

The People of the State of New York v. John Dunn. The People of the State of New York v. Harry Silverman and Another. Eva K. Conlon v. Mary A. Kelly.— Motions granted unless appellant complies with conditions stated in order.

The People of the State of New York v. George Morgenstern and Another. In the Matter of Whipple O. Sayles. The People of the State of New York v. Thomas Bingham.— Motions granted.

William H. Daily v. Press Publishing Company. In the Matter of Fairview Avenue (2 cases).— Motions granted, with ten dollars costs.

William S. Blair v. New York Transportation Company. Thomas H. Blair v. New York Transportation Company.— Applications denied, with ten dollars costs. Orders signed.

Adelia G. Stringer v. Charles B. Barker. Catherine M. Bernadac v. Schenke Piano Company. The People of the State of New York ex rel. A. H. Joline v. William R. Willcox. John D. Park & Sons Company, v. Charles Hubbard. David Bokor v. H. Koehler & Company. Clarence B. Rice v. Wittner Jaffer Company. Doris C. Rice v. Wittner Jaffer Company. New York and Pennsylvania Company v. Antonio Dezego. Martha B. Patterson v. Thomas H. Taylor. Anna A. Flynn v. New York Taxicab Company.— Motions denied, with ten dollars costs.

Havana Central Railroad Company v. Knickerbocker Trust Company. Louis Kleinberg v. John Schwenn.— Motions granted; question certified.

Mary E. Church v. The New York Central and Hudson River Railroad Company.— Motion granted.